139 So. 906

## ENSLEY MORTGAGE & LOAN CO. v. S. C. KING et al.

### 6 Div. 26.

Supreme Court of Alabama.

Jan. 21, 1932.

Lee C. Bradley, Jr., L. B. Bewley, and Bradley, Baldwin, All & White, all of Birmingham, for appellant.

H. L. Anderton, of Birmingham, for appellees.

GARDNER, J.

This case is ruled by Ensley Mortgage & Loan Co. v. Chadwick, 223 Ala. 468, 136 So. 821, followed in Fidelity Life Ins. Co. v. Montgomery, post, p. 704, 138 So. 917. Upon these authorities the decree must be reversed.

Reversed and remanded.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.

139 So. 907

## EXPERT ROOFING & FLOORING CO. v. Martha Alice SHEARIN.

### 6 Div. 937.

Supreme Court of Alabama.

Jan. 14, 1932.

Murphy, Hanna, Woodall & Lindbergh, of Birmingham, for appellant.

Arthur L. Brown, of Birmingham, for appellee.

ANDERSON, C. J.

Whether the respondent was led to believe she was dealing with another roofing company instead of the appellant is of little moment because of the view we take of this case. The evidence was by deposition, and, without indulging a presumption in favor of the conclusion of the trial court on the facts, we think the preponderance, or the weight of the evidence, shows that the complainant failed to comply with its contract to give the respondent a first class A 1 job, the kind agreed to according to the appellant's witness Davis. On the other hand, the weight of the evidence shows that the job was a most unsatisfactory and inferior one, and the trial court did not err in not granting the complainant relief. In order for the complainant to recover, it was essential to show a substantial compliance with its contract. Nor can we say that the respondent was liable as upon the quantum meruit by voluntarily accepting the roof with a knowledge of its defects so as to come within the influence of the case of Hartsell v. Turner, 196 Ala. 299, 71 So. 658.

The decree of the circuit court is affirmed.

Affirmed.

GARDNER, BOULDIN, and FOSTER, JJ., concur.

139 So. 907

## Arthur FARLEY v. STATE.

### 6 Div. 62.

Supreme Court of Alabama.

Jan. 21, 1932.

FOSTER, J.

There being no bill of exceptions in this case, and no error appearing in the record, the judgment is affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.